# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **CARDINAL LAND CONSERVANCY, INC.,** | Case No. 1:18-cv-534 |
| **Plaintiff,** | Judge Michael R. Barrett |
| v. | **STIPULATED AGREED ORDER** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*, | |
| **Defendants.** | |

Plaintiff Cardinal Land Conservancy, Inc. ("Plaintiff"), Defendants United States Department of Agriculture, National Appeals Division, Natural Resources Conservation Service, Commodity Credit Corporation, Sonny Perdue, Steven C. Silverman, Leonard Jordan, and Terry J. Cosby (collectively referred to herein as the "Federal Defendants"), and the Ohio Department of Agriculture and David T. Daniels (collectively referred to herein, together with the Federal Defendants, as "Defendants"), by and through their respective counsel, hereby stipulate and agree to the following:

In exchange for Plaintiff's withdrawal of its Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 5), Defendants agree to an extension of the Cooperative Agreement (Ex. 2 to Doc. 1) and the deadlines set forth in Table 1 – Performance Schedule therein pending resolution of this litigation, including any appellate proceedings, plus an additional period of nine months following the entry of a final judgment or an agreement fully and finally settling and resolving all claims between the parties. The Federal Defendants further agree to expedite the processing of any materials submitted in accordance with Section VII of the Cooperative Agreement so as to achieve closing within said nine-month time frame on the

parcels identified in the attachments to the Cooperative Agreement or any substitute parcels that may be agreed to by the parties.

The undersigned parties further agree to execute such extension agreements and/or addenda to the Cooperative Agreement as may be necessary to effectuate this stipulation in accordance with the appropriation requirements of Ohio law.

**IT IS SO ORDERED.**

Dated: _____August 17_____, 2018       _____/s Michael R. Barrett_____
                                                              Judge Michael R. Barrett

STIPULATED AND AGREED:

s/Jennifer J. Morales
Christopher S. Habel (0064913)
Jennifer J. Morales (0076835)
Simon Y. Svirnovskiy (0097096)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 - Tel
(513) 651-6981 - Fax
chabel@fbtlaw.com
jmorales@fbtlaw.com
ssvirnovskiy@fbtlaw.com

*Attorneys for Plaintiff Cardinal Land Conservancy, Inc.*

VIPAL J. PATEL
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

s/Margaret A. Castro
Margaret A. Castro (0078968)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711 - Tel
(513) 684-6972 - Fax
Margaret.Castro@usdoj.gov

*Attorney for Defendants United States Department of Agriculture, National Appeals Division, Natural Resources Conservation Service, Commodity Credit Corporation, Secretary Sonny Perdue, Director Steven C. Silverman, Acting Chief Leonard Jordan, and State Conservationist Terry J. Cosby*

MICHAEL DEWINE (0009181)
Attorney General of Ohio

s/James R. Patterson
James R. Patterson (0024538)
Principal Assistant Attorney General
Executive Agencies Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3428
(614) 466-7445 - Tel
(877) 506-0283 - Fax
james.patterson@ohioattorneygeneral.gov

*Counsel for Ohio Department of Agriculture and Director David T. Daniels*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system

s/Jennifer J. Morales<br>
Jennifer J. Morales

0139296.0663511  4817-5559-9728v4